OPINION # O-7542          WAS NEVER ISSUED OR

WAS WITHDRAWN.